No. 07-15-00113-CV

| | | |
|---|---|---|
| Mohammed Fawwaz Shoukfeh, M.D., P.A., d/b/a Texas Cardiac Center   Appellant | § § | From the 99th District Court   of Lubbock County |
| v. | § | November 18, 2016 |
| James G. Grattan and Texas Workforce Commission   Appellees | § § | Opinion by Justice Pirtle |

## J U D G M E N T

Pursuant to the opinion of the Court dated November 18, 2016, it is ordered, adjudged and decreed that the order of the trial court be affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o